Case Name: BOX, HORACE J.
BOX, NAOLA
Case No:    07-71517

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 12, 2008    WILLIAM T. NEARY
United States Trustee, Region 11


BY:    */s/ Carole J. Ryczek*
CAROLE J. RYCZEK
Attorney for the U.S. Trustee