IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BOX, HORACE J
BOX, NAOLA

CASE NO. 07-71517 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-1953

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: April 14, 2008
    at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 3,071.47 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 3,031.50 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ | 290.69 |

EXHIBIT A

4. The Trustee's Final Report shows total:

    a. Receipts      $ __23,214.67__

    b. Disbursements      $ __14,465.81__

    c. Net Cash Available for Distribution      $ __8,748.86__

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,355.20, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $95,952.65, resulting in an approximate distribution of 2.45% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: _____

_____
James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

1517   Doc 33   Filed 03/13/08   Entered 03/15/08 23:41:34   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: cshabez                 Page 1 of 2                    Date Rcvd: Mar 13, 2008
Case: 07-71517                  Form ID: pdf002               Total Served: 39

The following entities were served by first class mail on Mar 15, 2008.
db           +Horace J Box,    218 Bayliss Ave.,    Rockford, IL 61101-5421
jdb          +Naola Box,    218 Bayliss Ave.,    Rockford, IL 61101-5421
aty          +David H Carter,    Rockford Bankruptcy Clinic,    One Court Place   Suite 401,
               Rockford, IL 61101-1042
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11443337      American Express,    Box 360002,    Fort Lauderdale, FL 33329
11568979      American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11443340     +BP Amoco,    Box 15325,    Wilmington, DE 19886-5325
11443338     +Bank of America,    Box 37291,    Baltimore, MD 21297-3291
11443339     +Bergners,    Box 10327,    Jackson, MS 39289-0327
11443341     +Capital One,    Box 85619,    Richmond, VA 23285-5619
11443343     +Chase,    Box 15153,    Wilmington, DE 19850-5153
11443342     +Chase,    Box 15153,    Wilmington, DE 19886-5153
11543313      Chase Bank USA,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11593284     +Chase Bank USA,N.A.,     c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, Tx 75374-0933
11443344     +CitiBank,    Box 688910,    Des Moines, IA 50368-8910
11571335     +Federated Retail Holdings, Inc./Marshalls,     c/o Tsys Debt Management,    PO Box 137,
               Columbus, GA 31902-0137
11443346     +First National BAnk,    P.O. Box 2557,    Omaha, NE 68103-2557
11553818     +First National Credit Card Center,     Div. of First National Bank of Omaha,
               1620 Dodge St., Stop Code 3105,     Omaha, NE 68197-0003
11443353     +G & M International,    380 Dahlonega Hwy Ste 102,    Cumming, GA 30040-8212
11443347      Home Depot,    P.O. Box 689100,    Des Moines, IA 50364-0500
11653020     +Household Bank (SB), N.A.(Bon Ton),     eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,     Tucson, AZ 85712-1083
11443348     +JC Penney,    Box 981131,    El Paso, TX 79998-1131
11443349     +Kohls,    Box 2983,    Milwaukee, WI 53201-2983
11443350     +Lowes,    Box 530914,    Atlanta, GA 30353-0914
11443351     +Macys,    Box 689195,    Des Moines, IA 50368-9195
11443352     +Office Depot,    Box 68912,    Des Moines, IA 50368-0001
11521170     +Recovery Management Systems Corporation,     For GE Money Bank,    dba SAM’S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11521115     +Recovery Management Systems Corporation,     For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11521117     +Recovery Management Systems Corporation,     For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11521169     +Recovery Management Systems Corporation,     For GE Money Bank,    dba WAL-MART DISCOVER CARD,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11443354     +Sams Club Discover,    Box 960013,    Orlando, FL 32896-0013
11443355     +Select Portfolio Servicing Inc,     Box 551170,    Jacksonville, FL 32255-1170
11443356     +Shell,    Box 183018,    Columbus, OH 43218-3018
11443357    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    Box 790408,    Saint Louis, MO 63179-0179)
11578558     +US Bank / Retail Payment Solutions?,     PO Box 5229,    Cincinnati, OH 45201-5229
11443358     +US Dept. of Ed,    Box 4169,    Greenville, TX 75403-4169
11443359      Walmart,    Box 960024,    Orlando, FL 32896-0023
11443360     +Wells Fargo,    4920 E. State St.,    Rockford, IL 61108-2272
11443361     +Winnebago County Schools C.U.,     4563 Hydraulic Dr.,    Rockford, IL 61109-2613

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
11443345*    +Citibank,    Box 688910,    Des Moines, IA 50368-8910
                                                                                               TOTALS: 0, * 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cshabez          Page 2 of 2              Date Rcvd: Mar 13, 2008
Case: 07-71517               Form ID: pdf002        Total Served: 39
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**          **Signature:**    _Joseph Speetjens_