UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| HORACE J. AND NAOLA BOX, | ) | Case No. 07 B 71517 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: June 23, 2008

WILLIAM T. NEARY,
United States Trustee

By: _Christine K. Miller_
Christine K. Miller
Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 01, 2008 through May 30, 2008
Account Number: **000312096992966**

**CUSTOMER SERVICE INFORMATION**

Service Center:    1-800-634-5273



00016747 DBI 802 24 15408 - NNNNN  1  000000000  60 0000
07-71517 BOX HORACE J
BOX NAOLA DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $651.38 |
| Checks Paid | 1 | - 651.38 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 111 | 05/01 | $651.38 |
| Total Checks Paid |  | $651.38 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/01 | $0.00 |

**JPMorganChase**

April 01, 2008 through April 30, 2008
Account Number: **000312096992966**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517

**IMAGES**



004910327662 APR 16 #0000000101 $3,031.50



004910327662 APR 16 #0000000101 $3,031.50



004910327663 APR 16 #0000000102 $290.69



004910327663 APR 16 #0000000102 $290.69



Page 2 of 9

**JPMorganChase**

April 01, 2008 through April 30, 2008
Account Number: 000312096992966

ACCOUNT # 000312096992966
BOX HORACE J
07-71517



0049103276661 APR 16 #0000000000103 $3,071.47



0049103276661 APR 16 #0000000000103 $3,071.47



006510676295 APR 18 #0000000000104 $24.85



006510676295 APR 18 #0000000000104 $24.85

Page 3 of 9

## JPMorganChase

April 01, 2008 through April 30, 2008
Account Number: 000312096992966

ACCOUNT # 000312096992966
BOX HORACE J
07-71517




**JPMorganChase**

April 01, 2008 through April 30, 2008

Account Number: **000312096992966**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517




006510676292 APR 18 #0000000107 $114.04



006510676292 APR 18 #0000000107 $114.04



002510211031 APR 22 #0000000108 $29.09



002510211031 APR 22 #0000000108 $29.09

**JPMorganChase**

April 01, 2008 through April 30, 2008
Account Number: **000312096992966**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517



002510210945 APR 22 #0000000109 $653.51



002510210945 APR 22 #0000000109 $653.51

002510211030 APR 22 #0000000110 $415.45



002510211030 APR 22 #0000000110 $415.45

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: **000312096992966**

**IMAGES**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517




004910280359 MAY 01 #0000000111 $651.38



004910280359 MAY 01 #0000000111 $651.38

**JPMorganChase**

April 01, 2008 through April 30, 2008

Account Number: **000312096992966**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517





002710440691 APR 21 #0000000112 $28.75



002710440691 APR 21 #0000000112 $28.75



006610473569 APR 18 #0000000113 $15.39



006610473569 APR 18 #0000000113 $15.39

**JPMorganChase**

April 01, 2008 through April 30, 2008

Account Number: **000312096992966**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517




002410121122 APR 22 #0000000114 $255.14



002410121122 APR 22 #0000000114 $255.14



006610806189 APR 22 #0000000115 $28.40



006610806189 APR 22 #0000000115 $28.40

Page 8 of 9

**JPMorganChase**

April 01, 2008 through April 30, 2008

Account Number: **000312096992966**

ACCOUNT # 000312096992966
BOX HORACE J
07-71517




008570871200 APR 24 #0000000116 $15.80



008570871200 APR 24 #0000000116 $15.80

Page 9 of 9

**JPMorganChase**

November 01, 2007 through November 30, 2007

Account Number: **000312096992965**

**IMAGES**

ACCOUNT # 000312096992965




108770574275 NOV 21 #0000003001 $128.42



108770574275 NOV 21 #0000003001 $128.42